UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

     Plaintiffs,

CASE NO. 11-14647

v.

HON. MARIANNE O. BATTANI

DALESSANDRO CONTRACTING GROUP, LLC,

     Defendant.

_____

**STIPULATION TO ENTRY OF CONSENT JUDGMENT**

     The undersigned hereby stipulate to the entry of the attached Consent Judgment.

Respectfully Submitted,

| | |
|---|---|
| SACHS WALDMAN, PROFESSIONAL CORPORATION | DENEWETH, DUGAN, & PARFITT, P.C. |
| By: _s/ Stuart Shoup_ | By: _s/ Matthew C. Herstein (SS w/p)_ |
| STUART SHOUP (P73293) | TIMOTHY DUGAN (P41135) |
| Attorneys and Authorized Agents for Plaintiffs | MATTHEW C. HERSTEIN (P68596) Attorneys and Authorized Agents for Defendant |
| 1000 Farmer Street | 1175 W. Long Lake Rd., Suite 202 |
| Detroit, Michigan 48226 | Troy, MI 48098 |
| (313) 965-3464 telephone | (248) 290-0400 telephone |
| (313) 965-0268 facsimile | (248) 290-0415 facsimile |
| sshoup@sachswaldman.com | tdugan@ddp-law.com |

DATED: May 9, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Trustees of the
LABORERS PENSION TRUST FUND - DETROIT & VICINITY;
LABORERS VACATION & HOLIDAY TRUST FUND - DETROIT & VICINITY;
LABORERS METROPOLITAN DETROIT HEALTH & WELFARE FUND;
LABORERS ANNUITY FUND - DETROIT & VICINITY; and the
MICHIGAN LABORERS TRAINING FUND, trust funds established under,
and administered pursuant to, federal law,

    Plaintiffs,

CASE NO. 11-14647

v.

HON. MARIANNE O. BATTANI

DALESSANDRO CONTRACTING GROUP, LLC,

    Defendant.

_____

## CONSENT JUDGMENT

THIS MATTER having come before the Court upon the consent of the parties as evidenced by the stipulation to entry of Consent Judgment filed in this proceeding, the Court noting the consent and otherwise finding good cause for entry of this Consent Judgment,

NOW THEREFORE,

IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.    Judgment is entered in favor of Plaintiffs, Laborers' Pension Trust Fund – Detroit & Vicinity, *et al* ("Plaintiffs")*,* and against Defendant Dalessandro Contracting Group, LLC ("Defendant") in the amount of $49,188.16.[1]

---

[1] The amount of $49,188.16 is the sum of $10,969.47 in contributions owing for the period of January 2005 through June 2012, $2,067.70 in pre-judgment interest, $13,814.00 in attorney fees, and $22,336.99 in late payment assessments for the period of January 2005 through June 2012.

2. Post-judgment interest will accrue on the amount set forth in Paragraph 1 as provided for in 28 U.S.C. §1961, and Plaintiffs shall have full rights of execution thereon.

3. This Court shall retain jurisdiction over this matter for all purposes concerning enforcement of the provisions of this Consent Judgment.

IT IS SO ORDERED.

s/Marianne O. Battani
UNITED STATES DISTRICT JUDGE

Dated: May 13, 2013